STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, County of New York

............................................................................................

Craig Fashbaugh                                                                07CV5791

                      against                 Plaintiff(s)

Continental Assurance Company

                                         Defendant(s)

............................................................................................

RE :  Continental Assurance Company

Attorney for Plaintiff(s) and Defendant  please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons and Complaint in the above entitled action on July 19, 2007 at New York, New York. The $40 fee is also acknowledged.

Original to Attorney for Plaintiff(s) :

    Riemer & Associates, LLC
    Attn: Scot Riemer
    60 East 42nd Street, Suite 2430
    New York, New York 10165

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to  Defendant :

    Jonathan D. Kantor
    Continental Assurance Company
    CNA Plaza
    Chicago, Illinois 60685

*Salvatore Castiglione*

by Salvatore Castiglione
Assistant Deputy Superintendent & Chief

Dated Albany, New York, July 20, 2007
416823        C.A.#186375