Stephen Harris (N.Y. Bar. No. 698807)
Drinker Biddle & Reath, LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103
(215) 988-2700

Attorneys for Defendant
Hartford Life And Accident Insurance Company

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CRAIG FASHBAUGH,

                Plaintiff,

  -against-

CONTINENTAL ASSURANCE COMPANY and
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY,

                Defendants.
-----------------------------------------------------------------X

07 CV 5791 (CM)

### STIPULATION AND ORDER
### EXTENDING TIME TO ANSWER AND OTHERWISE PLEAD

It is hereby STIPULATED and AGREED, by and between Scott M. Reimer, attorney for Craig Fashbaugh and Stephen Harris, attorney for Hartford Life and Accident Insurance Company, that the time within which Hartford Life and Accident Insurance Company may answer, move or otherwise plead in response to Plaintiff's Complaint shall be extended to September 18, 2007. No prior extension has been granted by the Court.

Dated: August 8, 2007

REJMER & ASSOCIATES LLC

By: _____
Scott M. Rejmer (SR5005)
60 East 42nd Street, Suite 2430
New York, NY 10165
(212) 297-0700

*Attorneys for Plaintiff,*
*Craig Fashbaugh*


DRINKER BIDDLE & REATH LLP


By: _____
Stephen Harris (N.Y. Bar. No. 698807)
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103
(215) 988-2700

*Attorneys for Defendant,*
*Hartford Life and Accident Insurance Company*


SO ORDERED:

_____
USJS

9-5-07