09/18/2007 15:36 IFAX Fax_Center@dbr.com → Fax Center ☒002/004
SEP-18-2007 14:52 From:RIEMER & ASSOCIATES 2122970730 T-121 P.2/4
Case 1:07-cv-05791-CM Document 9 Filed 09/24/2007 Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRAIG FASHBAUGH | : |
| Plaintiff, | : |
| v. | : |
| CONTINENTAL ASSURANCE COMPANY AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | : Case No. 07-CV-5791 |
| Defendants. | : |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07

## STIPULATION AND ORDER

WHEREAS, the parties desire to extend the Defendants' time within which Defendants may respond to the Complaint and alter this Court's Civil Case Management Plan in order to undertake good faith settlement negotiations, which were not foreseeable at the time this Court entered the Civil Case Management Plan Scheduling Order, the parties have agreed Defendants' time to answer, move or otherwise plead and all attendant case management order dates in the Civil Case Management Plan By Order of his Court should be extended by three weeks.

AND NOW, this __ day of __, 2007, IT IS HEREBY AGREED and ORDERED as follows:

1. Defendant shall answer, move or otherwise plead in response to Plaintiff's Complaint by October 9, 2007.

PHLIT\614207\1

09/18/2007 15:36 IFAX Fax Center@dbr.com → Fax Center ☒003/004
SEP-18-2007 14:52 From:RIEMER & ASSOCIATES 2122570730 7012155988275 P.3/4
Case 1:07-cv-05791-CM   Document 9   Filed 09/24/2007   Page 2 of 3

2. Discovery Pursuant to Fed.R.Civ.P. 26(a) shall be exchanged by October 12, 2007.

3. No additional parties may be joined after December 3, 2007.

4. No pleading may be amended after December 21, 2007.

5. All discovery, *including expert discovery*, must be completed on or before March 7, 2008. (For personal injury, civil rights, employment discrimination or medical malpractice cases only): Plaintiff's deposition shall be taken first, and shall be completed by December 28, 2007. Expert disclosures conforming with Rule 26 must be made no later than the following dates: Plaintiff(s) expert report(s) by February 1, 2008; Defendant(s) expert report(s) by February 22, 2008.

6. A joint pre-trial order in the form prescribed in Judge McMahon's individual rules, together with all other pre-trial submissions required by those rules (not including *in limine* motions), shall be submitted on or before April 4, 2008. Following submission of the joint pre-trial order, counsel will be notified of the date of the final pre-trial conference. *In limine* motions must be filed within five days of receiving notice of the final pre-trial conference; responses to *in limine* motions are due five days *after* the

09/18/2007 15:38 IFAX_Fax_Center@dbr.com → Fax Center ☒004/004
SEP-18-2007 14:52 From:RIEMER & ASSOCIATES 2122970730 To:12159882757 P.4/4
Case 1:07-cv-05791-CM    Document 9    Filed 09/24/2007    Page 3 of 3

motions are made. Cases may be called for trial at any time following the final pre-trial conference.

Dated: September 18, 2007

RIEMER & ASSOCIATES LLC

By: _____
Scott M. Riemer (SR5005)
60 East 42nd Street, Suite 2430
New York, NY 10165
(212) 297-0700

*Attorneys for Plaintiff*
*Craig Fashbaugh*

DRINKER BIDDLE & REATH LLP

By: _____
Stephen Harris (N.Y. Bar No. 698807)
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700

*Attorneys for Defendant*
*Hartford Life and Accident*
*Insurance Company*

BY THE COURT
_____
Hon. Colleen McMahon
United States District Judge

9-21-07

PHLIT\614207\1