10/10/2007 09:27 IFAX Fax_Center@dbr.com                    + Fax Center        002/004
OCT-10-2007 08:43 From:RIEMER & ASSOCIATES  2122970730      To:12159882757      P.2/4

McMAHON, J.

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

```
                                        ...MENT
                                        ECTRONICALLY FILED
CRAIG FASHBAUGH                    :    C #: _____
                                   :    E FILED: _10/11/07_
          Plaintiff,               :
                                   :
     v.                            :
                                   :
CONTINENTAL ASSURANCE COMPANY      :    Case No. 07-CV-5791 ( (m )
AND HARTFORD LIFE AND ACCIDENT     :
INSURANCE COMPANY,                 :
                                   :
          Defendants.              :
```

### STIPULATION AND ORDER

WHEREAS, the parties desire to extend the Defendants' time within which Defendants may respond to the Complaint and alter this Court's Civil Case Management Plan in order to undertake good faith settlement negotiations, which were not foreseeable at the time this Court entered the Civil Case Management Plan Scheduling Order, the parties have agreed Defendants' time to answer, move or otherwise plead and all attendant case management order dates in the Civil Case Management Plan By Order of his Court should be further extended by two weeks.

AND NOW, this 9th day of October, 2007, IT IS HEREBY AGREED and ORDERED as follows:

1.    Defendant shall answer, move or otherwise plead in response to Plaintiff's Complaint by October 23, 2007.

PHLIT\614207\1

So ordered

CM

10/10/2007 08:27 IFAX Fax_Center@dbr.com                                    + Fax Center        ⌘003/004
OCT-18-2007 08:43 From:RIEMER & ASSOCIATES   2122970730              To:12159882757        P.3/4

2.    Discovery Pursuant to Fed.R.Civ.P. 26(a) shall be exchanged by October 26,

2007.

3.    No additional parties may be joined after December 17, 2007.

4.    No pleading may be amended after January 4, 2008.

5.    All discovery, *including expert discovery*, must be completed on or before March

21, 2008. (For personal injury, civil rights, employment discrimination or medical

malpractice cases only): Plaintiff's deposition shall be taken first, and shall be completed

by January 11, 2008. Expert disclosures conforming with Rule 26 must be made no later

than the following dates: Plaintiff(s) expert report(s) by February 15, 2008; Defendant(s)

expert report(s) by March 7, 2008.

6.    A joint pre-trial order in the form prescribed in Judge McMahon's individual

rules, together with all other pre-trial submissions required by those rules (not including

*in limine* motions), shall be submitted on or before April 18, 2008. Following submission

of the joint pre-trial order, counsel will be notified of the date of the final pre-trial

conference. *In limine* motions must be filed within five days of receiving notice of the

final pre-trial conference; responses to *in limine* motions are due five days *after* the

PHLIT\6142071

10/10/2007 08:27 IFAX Fax_Center@dbr.com
OCT-10-2007 08:43 From:RIEMER & ASSOCIATES   2122970730                          + Fax Center        @004/004
                                                                                To:12159892757       P.4/4

motions are made. Cases may be called for trial at any time following the final pre-trial

conference.

Dated: October 9, 2007

    RIEMER & ASSOCIATES LLC

By: _____
    Scott M. Riemer (SR5005)
    60 East 42nd Street, Suite 2430
    New York, NY 10165
    (212) 297-0700

    *Attorneys for Plaintiff*
    *Craig Fashbaugh*


    DRINKER BIDDLE & RRATH LLP

By: _____
    Stephen Harris (N.Y. Bar No. 698807)
    One Logan Square
    18th & Cherry Streets
    Philadelphia, PA 19103-6996
    (215) 988-2700

    *Attorneys for Defendant*
    *Hartford Life and Accident*
    *Insurance Company*


    **BY THE COURT**

    _____
    Hon. Colleen McMahon
    United States District Judge

PHLIT\61420711