UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRAIG FASHBAUGH<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL ASSURANCE COMPANY<br>AND HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Case No. 07-CV-5791<br>:<br>:<br>:<br>:<br>: |

## RULE 7.1(a) DISCLOSURE STATEMENT

Stephen Harris, an attorney admitted to practice in this Court declares as follows:

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Continental Assurance Company, a non-governmental corporate party, certifies that Continental Assurance Company is wholly owned by Continental Casualty Company, which is wholly owned by The Continental Corporation, which is wholly owned by CNA Financial Corporation, a publicly traded company. Loews Corporation, a publicly traded company, owns ten percent or more of CNA Financial Corporation.

**DRINKER BIDDLE & REATH LLP**

October 23, 2007     By:     /s/ Stephen Harris
Stephen Harris (N.Y. Bar No. 698807)
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996
(215) 988-2700

*Attorney for Defendants*
*Continental Assurance Company and*
*Hartford Life and Accident*
*Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that this document and any attachments have been sent electronically to the registered participants as notified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on this 23rd day of October 2007.

Dated:  October 23, 2007         By:    /s/ Stephen Harris
                                        Stephen Harris (N.Y. Bar No. 698807)
                                        One Logan Square
                                        18th & Cherry Streets
                                        Philadelphia, PA  19103-6996
                                        (215) 988-2700

                                        *Attorney for Defendants*
                                        *Continental Assurance Company and*
                                        *Hartford Life and Accident*
                                        *Insurance Company*