UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRAIG FASHBAUGH<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL ASSURANCE COMPANY<br>AND HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br><br>Defendants. | Case No. 07-CV-5791 |

## RULE 7.1(a) DISCLOSURE STATEMENT

Stephen Harris, an attorney admitted to practice in this Court declares as follows:

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Hartford Life and Accident Insurance Company, a non-governmental corporate party, certifies that Hartford Life and Accident Insurance Company is wholly owned by Hartford Life, Inc., which is wholly owned by Hartford Holdings, Inc., which is wholly owned by The Hartford Financial Services Group, Inc., a publicly traded company.

October 23, 2007

By:

**DRINKER BIDDLE & REATH LLP**

/s/ Stephen Harris
Stephen Harris (N.Y. Bar No. 698807)
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700

*Attorney for Defendants*
*Continental Assurance Company and*
*Hartford Life and Accident*
*Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that this document and any attachments have been sent electronically to the registered participants as notified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on this 23rd day of October 2007.

Dated: October 23, 2007        By:    /s/ Stephen Harris
                                      Stephen Harris (N.Y. Bar No. 698807)
                                      One Logan Square
                                      18th & Cherry Streets
                                      Philadelphia, PA  19103-6996
                                      (215) 988-2700

                                      *Attorney for Defendants*
                                      *Continental Assurance Company and*
                                      *Hartford Life and Accident*
                                      *Insurance Company*