## CERTIFICATE OF SERVICE

I, Stephen Harris, counsel for Defendants, Continental Assurance Company and Hartford Life and Accident Insurance Company, hereby certify that on this 25th day of October, 2007, I served true and accurate copies of Initial Disclosures of Continental Assurance Company and Hartford Life and Accident Insurance Company Pursuant to Fed. R. Civ. P. 26 upon all counsel of record by depositing the same in the U.S. Mail, postage prepaid, in a box addressed as follows:

> Scott M. Riemer, Esq.
> Riemer and Associates LLC
> 60 East 42nd Street, Suite 2430
> New York, NY 10165

and filed the Certificate of Service using the CM/ECF system which will provide electronic notice of the same to those registered users.

Dated: October 25, 2007        By:    /s/ Stephen Harris
                                      Stephen Harris (N.Y. Bar No. 698807)
                                      One Logan Square
                                      18th & Cherry Streets
                                      Philadelphia, PA  19103-6996
                                      (215) 988-2700

                                      *Attorney for Defendants*
                                      *Continental Assurance Company and*
                                      *Hartford Life and Accident*
                                      *Insurance Company*