UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

CRAIG FASHBAUGH

        Plaintiff,

v.

CONTINENTAL ASSURANCE COMPANY
AND HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

        Defendants.

Case No. 07-CV-5791

---

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Parties having reached a settlement, it is hereby stipulated by the undersigned attorneys that, Pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-titled action is hereby dismissed with prejudice and without costs or fees.

Dated: March 17, 2008

| | |
|---|---|
| RIEMER & ASSOCIATES LLC | DRINKER BIDDLE & REATH LLP |
| By: _____ | By: _____ |
| Scott M. Riemer (SR5005) | Stephen Harris (NY Bar No. 698807) |
| 60 East 42nd Street, Suite 2430 | One Logan Square |
| New York, NY 10165 | 18th & Cherry Streets |
| (212) 297-0700 | Philadelphia, PA 19103-6996 |
| | (215) 988-2700 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Craig Fashbaugh* | *Hartford Life and Accident Insurance Company* |