UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08
```

---

CRAIG FASHBAUGH

    Plaintiff,

v.

CONTINENTAL ASSURANCE COMPANY
AND HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendants.

Case No. 07-CV-5791

---

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Parties having reached a settlement, it is hereby stipulated by the undersigned attorneys that, Pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-titled action is hereby dismissed with prejudice and without costs or fees.

Dated: March 17, 2008

RIEMER & ASSOCIATES LLC

By: _____
Scott M. Riemer (SR5005)
60 East 42nd Street, Suite 2430
New York, NY 10165
(212) 297-0700

*Attorneys for Plaintiff
Craig Fashbaugh*

DRINKER BIDDLE & REATH LLP

By: _____
Stephen Harris (NY Bar No. 698807)
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700

*Attorneys for Defendant
Hartford Life and Accident
Insurance Company*

3-26-08